UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DEE ANN REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-79-HSM-DCP |
| | ) | |
| | ) | |
| KNOX COUNTY GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Amend the Second Amended and Restated Complaint [Doc. 37]. Plaintiff's Motion states that pursuant to Federal Rule of Civil Procedure 15, leave to amend shall be freely given when justice so requires. The Motion states that pursuant to the Amended Scheduling Order, the parties have until October 15, 2018, to amend pleadings. The Motion explains that the amendments reflect that Plaintiff received the Right to Sue Notices. In addition, Plaintiff would like to amend Defendant's name from "Knox County Government" to "Knox County." Plaintiff states that Defendant does not object to the above amendments. Further, Plaintiff seeks to amend the Second Amended and Restated Complaint to reference an opinion entered in *Reynolds v. Knox Cty. Gov't,* No. 3:15-cv-265, to delete the cause of action for negligent misrepresentation, to clarify the cause of action for promissory fraud, to reference a job Plaintiff applied for with Knox County, to elaborate and clarify some previous allegations, and to attach additional exhibits. Plaintiff has attached the proposed Third Amended and Restated Complaint as an exhibit [Doc. 37-1] to her Motion in accordance with Local Rule 15.1.

No party has filed an objection to Plaintiff's Motion, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). Moreover, the Court finds that Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. Accordingly, Plaintiff's Motion for Leave to Amend the Second Amended and Restated Complaint [**Doc. 37**] is **GRANTED**. Plaintiff **SHALL FILE** her Third Amended and Restated Complaint [Doc. 37-1] as her operative pleading in CM/ECF on or before **August 29, 2018.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge